CTJ-Y

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JAN 15 2025
CLERK, U.S. DISTRICT COURT
By_____
        Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. |
| DERRICK FIELDS, JR. (01)<br>KOBE THOMPSON (02)<br>ST. ANTHONY PEOPLES, JR. (03)<br>a/k/a "Pooh" and "Pooh Bear" | 4-25CR-010-Y |

### INDICTMENT

The Grand Jury Charges:

#### Count One
Conspiracy to Rob a Person in Custody of Money of the United States
(Violation 18 U.S.C. § 371 (18 U.S.C. § 2114(a))

On or about November 19, 2024, in the Fort Worth Division of the Northern District of Texas, defendants, **Derrick Fields, Jr.**, **Kobe Thompson**, and **St. Anthony Peoples, Jr.**, also known as Pooh and Pooh Bear, knowingly and willfully combined, conspired, confederated, and agreed to commit an offense against the United States, namely, to violate 18 U.S.C. § 2114(a), by conspiring together to rob Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) Confidential Informant (CI) #32727, an individual having lawful charge, custody, and control of money of the United States; and **Fields**, **Thompson**, and **Peoples** committed an overt act to effect the object of the conspiracy, by traveling together to the parking lot of a Racetrac gas station, in Fort Worth, Texas, in order to carry out the robbery.

In violation of 18 U.S.C. § 371 (18 U.S.C. § 2114(a)).

**Indictment - Page 1**

## Count Two
### Robbery of Person in Custody of Money of the United States
(Violation of 18 U.S.C. § 2114(a) and § 2)

On or about November 19, 2024, in the Fort Worth Division of the Northern District of Texas, defendants, **Derrick Fields, Jr.**, **Kobe Thompson**, and **St. Anthony Peoples, Jr.**, also known as Pooh and Pooh Bear, aiding and abetting each other, did assault ATF Special Agent #5236 and ATF CI #32727, individuals having lawful charge, custody, and control of money of the United States, with intent to rob, steal and purloin said money of the United States, and in doing so, **Fields, Thompson,** and **Peoples** put the lives of Special Agent #5236 and CI #32727 in jeopardy by the use of a dangerous weapon, that is a Draco AK-style pistol and a Glock-style pistol.

In violation of 18 U.S.C. § 2114(a) and § 2.

<u>Count Three</u>
Assault of U.S. Government Officer or Employee
(Violation of 18 U.S.C. § 111(a)(1) and (b), and § 2)

On or about November 19, 2024, in the Fort Worth Division of the Northern District of Texas, defendants, **Derrick Fields, Jr.**, **Kobe Thompson**, and **St. Anthony Peoples, Jr.**, also known as Pooh and Pooh Bear, aiding and abetting each other, did knowingly and forcibly assault, oppose, impede, intimidate, and interfere with an officer or employee of the United States, as designated in 18 U.S.C. § 1114, namely, ATF Special Agent #5236, while Special Agent #5236 was engaged in his official duties; and in the commission of said act the defendants used a deadly or dangerous weapon, namely, a Draco AK-style pistol and a Glock-style pistol..

In violation of 18 U.S.C. § 111(a)(1) and (b), and § 2.

Count Four
Brandishing a Firearm in Relation to a Crime of Violence
(Violation of 18 U.S.C. § 924(c)(1)(A)(ii), and § 2)

On or about November 19, 2024, in the Fort Worth Division of the Northern District of Texas, defendants, **Derrick Fields, Jr.**, **Kobe Thompson**, and **St. Anthony Peoples, Jr.**, also known as Pooh and Pooh Bear, aiding and abetting each other, did knowingly use and carry a firearm during and in relation to, and did knowingly brandish a firearm in furtherance of, a crime of violence for which the defendants may be prosecuted in a court of the United States, that is, Assault of a U.S. Government Officer or Employee, as described in Count Three of this Indictment.

In violation of 18 U.S.C. § 924(c)(1)(A)(ii), and § 2.

A TRUE BILL.

_____
FOREPERSON

LEIGHA SIMONTON
UNITED STATES ATTORNEY

_____
LEVI THOMAS
Assistant United States Attorney
Texas State Bar No. 24083963
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone: 817.252.5200
Facsimile: 817.252.5455
Email: Levi.Thomas@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

THE UNITED STATES OF AMERICA

v.

DERRICK FIELDS, JR. (01)
KOBE THOMPSON (02)
ST. ANTHONY PEOPLES, JR. (03)
a/k/a "Pooh" and "Pooh Bear"

INDICTMENT

8 U.S.C. § 371 (18 U.S.C. § 2114(a))
Conspiracy to Rob a Person in Custody of Money of the United States
Count 1

18 U.S.C. § 2114(a) and § 2
Robbery of Person in Custody of Money of the United States
Count 2

18 U.S.C. § 111(a)(1) and (b), and § 2
Assault of U.S. Government Officer or Employee
Count 3

18 U.S.C. § 924(c)(1)(A)(ii), and § 2
Brandishing a Firearm in Relation to a Crime of Violence
Count 4

A true bill rendered

FORT WORTH _____ FOREPERSON

Filed in open court this 15th day of January, 2025.

**Defendants in Federal custody.**

_____
UNITED STATES MAGISTRATE JUDGE
Magistrate Number: 4:24-MJ-892-BP
Magistrate Number: 4:24-MJ-901-BP